B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of ~~Indiana~~ ILLINOIS 9L | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Williams, Jaime, Arvel | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Williams, Tyreese, Laqun |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names).<br>fdba BLKice | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fdba Mobile Tax USA |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>3522 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6602 |
| Street Address of Debtor (No. and Street, City, and State):<br>547 Chestnut Dr<br>Oswego, Illinois<br>ZIP CODE 60543 | Street Address of Joint Debtor (No. and Street, City, and State):<br>547 Chestnut Dr<br>Oswego, Illinois<br>ZIP CODE 60543 |
| County of Residence or of the Principal Place of Business:<br>Kendall | County of Residence or of the Principal Place of Business:<br>Kendall |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>SAME<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>NOT APPLICABLE | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 11 2012
KENNETH S. GARDNER, CLERK
PER REF. - LR

B1 (Official Form 1) (12/11)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Jaime A. Williams and Tyreese L. Williams | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   N/A<br>_____<br>Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Jaime A. Williams and Tyreese L. Williams |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
630 · 636 · 6849
Telephone Number (if not represented by attorney)
12 - 10 - 12
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
N/A
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
N/A
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
N/A
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
N/A
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Jaime A. and Tyreese L. Williams                      Case No._____
                  Debtor                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _12-16-12_

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Jaime A. and Tyreese L. Willia*ms*                    Case No._____
_____Debtor_____                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Greene L. Wilo*

Date: *12-10-12*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re   Jaime A. and Tyreese L. Williams              ,          Case No. _____

                      Debtor

                                                        Chapter   7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 135,000.00 | | |
| B - Personal Property | YES | 4 | $ 7,700.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 167,853.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 54 | | $ 256,971.41 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,750.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,837.00 |
| TOTAL | | 68 | $ 142,700.00 | $ 424,825.37 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re  Jaime A. and Tyreese L. Williams____ ,
       Debtor

Case No. _____

Chapter  7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 123,843.40 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 123,843.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 3,750.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,837.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,240.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 32,853.96 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4.  Total from Schedule F | | $ | 256,971.41 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 289,825.37 |

B6A (Official Form 6A) (12/07)

In re   Jaime A. and Tyreese L. Williams                    ,          Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homeowner - 547 Chestnut Dr Oswego, IL 60543 Kendall County | Fee Simple | J | 135,000.00 | 167853.96 |
| | | | | |

Total▶ | 135,000.00 |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Jaime A. and Tyreese L. Williams_____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash / Location: In debtors possession | J | 100.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking account Location: In debtors possession | J | 0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods & furnishings Location: In debtors possession | J | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous CD's, DVD's and Books Location: In debtor's possession | J | 50.00 |
| 6. Wearing apparel. | | Clothing / Location: In debtors possession | J | 600.00 |
| 7. Furs and jewelry. | | Watches, rings Location: In debtors possession | J | 300.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Firearm Glock 40 Location: In debtors possession | J | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Jaime A. and Tyreese L. Williams_____,                    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Veteran's Benefit's | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Jaime A. and Tyreese L. Williams                ,          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Chevy Caprice w/ 475,000 miles Location: In debtors possession | J | 50.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, Desk, Printer Location: In debtors possession | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Lawnmower, shovel, basic hand tools Location: In debtors possession | J | 100.00 |

_1_ continuation sheets attached     Total ▶     $   7700.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

In re ___Jaime A. and  Tyreese L. William*s*___          Case No._____
                    Debtor                                         (If known)

## SCHEDULE B—PERSONAL PROPERTY

{Continuation Sheet}

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Ford Focus w/ 185,000 miles Location: In debtors property | J | 3,000.00 |
| | | 1997 Chevy 1500 pick up w/ 91,000 miles Location: In debtors possession | J | 1,000.00 |

B 6C (Official Form 6C) (04/10)

In re  Jaime A. and Tyreese L. Williams                    ,          Case No. _____
              Debtor                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                                            $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 547 Chestnut Dr Oswego, Illinois 60543 | 735 ILCS5/12-803 740 ILCS 170/4 | 30,000.00 | 135,000.00 |
| Cash on hand | 735 ILCS 5/12-803 740 ILCS 170/4 | 100.00 | 100.00 |
| Bank of America Checking Account | 735 ILCS 5/12-803 740 ILCS 170/4 | 0.00 | 0.00 |
| Household Goods & Furnishings | 735 ILCS 5/12-1001 (b) | 2,000.00 | 2,000.00 |
| Miscellaneous CD's, DVD's & Books | 735 ILCS 5/12-1001 (b) | 50.00 | 50.00 |
| Clothing | 735 ILCS 5/12-1001 (a) | 600.00 | 600.00 |
| Watches, Wedding Rings | 735 ILCS 5/12-1001 (b) | 300.00 | 300.00 |
| Firearm Glock 40 | 735 ILCS 5/12-1001 (b) | 300.00 | 300.00 |
| Veteran's Benefits | 735 ILCS 5/12-1001(g) (2) | | |
| 1987 Chevy Caprice | 735 ILCS 5/12 1001 (c) | 50.00 | 50.00 |
| 2007 Ford Focus | 735 ILCS 5/12 1001 (c) | 3,000.00 | 3,000.00 |

*  *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6C (Official Form 6C) (04/10)

In re  Jaime A. and Tyreese L. Williams                    ,                    Case No. _____
          Debtor                                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                                           $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1997 Chevy 1500 Pick Up | 735 ILCS 5/12 1001 (c) | 1,000.00 | 1,000.00 |
| Computer, Desk & Printer | 735 ILCS 5/12 1001 (b) | 200.00 | 200.00 |
| Lawnmower, shovel, basic hand tools | 735 ILCS 5/12 1001 (b) | 100.00 | 100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re   Jaime A. and Tyreese L. Williams          ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 71019152<br><br>Ocwen Loan Servicing<br>PO BOX 24781<br>West Palm Beach, FL<br>33416-4781 | | J | 11/2006 Mortgage<br>1st Lien<br>Residence<br>547 Chestnut Dr<br><br>VALUE $ 135,000.00 | | | | 134,900.00 | 0.00 |
| ACCOUNT NO. 7091593181<br><br>Ocwen Loan Servicing<br>PO BOX 24781<br>West Palm Beach, FL<br>33416-478170915 | | J | 11/2006 Mortgage<br>2nd Lien<br>Residence<br>547 Chestnut Dr<br><br>VALUE $ 135,000.00 | | | | 32,953.96 | 32,853.96 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |

_____continuation sheets attached

Subtotal ▶
(Total of this page)   $ 167,853.96   $ 32,853.96

Total ▶
(Use only on last page)   $ 167,853.96   $ 32,853.96

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  Jaime A. and Tyreese L. Williams    ,                     Case No._____
                    Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

**In re** Jaime A. and Tyreese L. Williams ,   **Case No.**_____
_____    *(if known)*
Debtor

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re ___Jaime A. Williams and Tyreese L. Williams___,        Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    203227...<br><br>AFNI<br>PO BOX 3097<br>BLOOMINGTON, ILLINOIS 61702 | | J | 06/2008<br><br>COLLECTION FOR AT & T MOBILITY | | | | 961.00 |
| ACCOUNT NO.    203227...<br><br>AT & T MOBILITY<br>208 SOUTH AKARD STREET<br>DALLAS, TX 75202 | | J | 02/2008<br><br>MOBILE | | | | same as above |
| ACCOUNT NO.    181051<br><br>AMERICAN CREDIT<br>2755 S FEDERAL HWY<br>BOYTON BEACH, FLORIDA | | | 07/2006<br><br>COLLECTION FOR MICHAEL GREENBERG, MD | | | | 192.00 |
| ACCOUNT NO.    14897200<br><br>MICHAEL GREENBERG, MD<br>850 BIESTERFIELD RD STE 3002<br>ELKGROVE VILLAGE, ILLINOIS 60005 | | J | 04/2006<br><br>MEDICAL | | | | same as above |

Subtotal▶  $ 1153.00

*53* continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
         **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    11214311  <br> UNIQUE NATIONAL COLLECTION <br> 119 E MAPLE ST <br> JEFFERSONVILLE, TN 47130 | | J | 09/2011 <br> COLLECTION FOR OSWEGO PUBLIC LIBRARY DISTRICT, LATE FEES | | | | 218.00 |
| ACCOUNT NO.  2133500104527  <br> OSWEGO PUBLIC LIBRARY <br> 111 READING DRIVE <br> MONTGOMERY, ILLINOIS 60538 | | J | 09/2011 <br> LATE FEE FOR DVD RENTAL, DVD'S RETURNED | | | | same as above |
| ACCOUNT NO.    1401628  <br> NATIONAL CREDIT MGMT <br> PO BOX 32900 <br> SAINT LOUIS, MO 63132 | | J | 07/2012 <br> COLLECTION FOR ROOSEVELT UNIVERSITY | | | | 2053.00 |
| ACCOUNT NO.    900147765  <br> ROOSEVELT UNIVERSITY <br> STUDENT ACCOUNTS <br> 430 S MICHIGAN AVE <br> CHICAGO, ILLINOIS 60605 | | J | 05/2012 <br> STUDENT ACCOUNTS | | | | same as above |
| ACCOUNT NO. MCSIBWPT0102  <br> MUNICIPAL COLLECTION SERVICES <br> 7330 COLLEGE DR <br> PALOS HEIGHTS, IL 60463 | | J | 06/2012 <br> COLLECTION FOR VILLAGE OF BELLWOOD, BELOW | | | | 250.00 |

Sheet no. _1_ of _53_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  *2521.00*

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,                    Case No. _____
                    Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   P2276014 VILLAGE OF BELLWOOD PARKING & TRAFFIC 3200 WASHINGTON BLVD BELLWOOD, ILLINOIS 60104 | | J | 06/2012 PARKING CITATION | | | | same as above |
| ACCOUNT NO.   0000223759 MCSI 7330 COLLEGE DR PALOS HEIGHTS, ILLINOIS 60463 | | J | 06/2012 COLLECTION FOR THE VILLAGE OF BELLWOOD, BELOW | | | | 200.00 |
| ACCOUNT NO.   1700100182405 VILLAGE OF BELLWOOD PARKING & TRAFFIC 3200 WASHINGTON AVE BELLWODD, ILLINOIS 60104 | | J | 06/2012 RED LIGHT VIOLATION | | | | same as above |
| ACCOUNT NO.   109453 IC SYSTEM INC PO BOX 64378 SAINT PAUL, MN 55164-0378 | | J | 03/2008 COLLECTION FOR FARNSWORTH DENTAL GROUP, BELOW | | | | 357.48 |
| ACCOUNT NO.   X6243250 JOLAS & ASSOCIATES LLP 202 1ST NW PO BOX 4000 MASON CITY, IA 50401 | | J | 01/2008 COLLECTION FOR FARNSWORTH DENTAL GROUP, BELOW | | | | same as above |

Sheet no. **2** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 557.48

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
              Debtor                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   FILE# 109453 FARNSWORTH DENTAL GROUP 1780 N FARNSWORTH AVENUE AURORA, IL 60505-1576 | | J | 03/2007 DENTAL | | | | same as above |
| ACCOUNT NO.   692XXX KEYNOTE CONSULTING 220 W CAMPUS DR SUITE 102 ARLINGTON HEIGHTS, IL 60004 | | J | 03/2007 COLLECTION FOR BEHAVIORAL HEALTHCARE ASSOCIATION, BELOW | | | | 295.00 |
| ACCOUNT NO.   014808 BEHAVIORAL HEALTHCARE 1375 E SCHAUMBURG RD # 260 SCHAUMBURG, ILLINOIS 60194-3658 | | J | 10/2006 MEDICAL | | | | same as above |
| ACCOUNT NO. 7942319XXXXX MEDICAL BUSINESS BUREAU PO BOX 1219 PARK RIDGE, ILLINOIS 60068-7219 | | J | 11/2008 COLLECTION FOR MEDICAL GUARDIAN ANESTHESIA ASSOCIATION | | | | 199.00 |
| ACCOUNT NO.   79423 GUARDIAN ANESTHESIA ASSOCIATION 185 PENNY AVENUE EAST DUNDEE, ILLINOIS 60118 | | J | 08/2008 MEDICAL | | | | same as above |

Sheet no. 3 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  494.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,          Case No. _____
_____
Debtor                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37351435 <br><br> HARRIS & HARRIS LTD <br> 222 MERCHANDISE MART PLZ <br> CHICAGO, ILLINOIS 60654 | | J | 04/2012 <br><br> COLLECTION FOR CIRCUIT COURT, BELOW | | | | 1087.00 |
| ACCOUNT NO.   09TR058722 <br><br> DEPT OF PROBATION & COURT <br> 503 N COUNTY FARM RD <br> WHEATON, ILLINOIS 60187 | | J | 07/2009 <br><br> COMMUNITY SERVICE FEES | | | | same as above |
| ACCOUNT NO.   8102441638 <br><br> MERCHANTS CREDIT GUIDE <br> 223 W JACKSON BLVD #410 <br> CHICAGO, ILLINOIS 60606 | | J | 01/2010 <br><br> COLLECTION FOR EDWARD HOSPITAL, BELOW | | | | 85.00 |
| ACCOUNT NO.   E049997703 <br><br> EDWARD HOSPITAL <br> PO BOX 4207 <br> CAROL STREAM, ILLINOIS 60197-4207 | | J | 10/2009 <br><br> MEDICAL | | | | same as above |
| ACCOUNT NO.   E049997703 <br><br> MIRAMED REVENUE GROUP <br> DEPT 77304 <br> PO BOX 77000 <br> DETROIT, MI 48277-0308 | | J | 05/2010 <br><br> COLLECTION FOR EDWARD HOSPITAL, ABOVE | | | | same as above |

Sheet no. **4** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 1172.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,  Case No. _____
_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CHART# WILJA001<br><br>CALVIN T MEINEKE MD<br>110 LAKE ST # 125<br>OAK PARK, ILLINOIS 60301 | | J | 01/2010<br>MEDICAL | | | | 20.00 |
| ACCOUNT NO.   4312<br><br>FORD MOTOR CREDIT<br>POB 542000<br>OMAHA, NE 68154 | | J | 10/2007<br>AUTOMOTIVE LOAN | | | | 41,054.00 |
| ACCOUNT NO. JUDGEMENT# 11LM447<br><br>KENDALL LAW MAGISTRATEC<br>807 W JOHN ST<br>YORKVILLE, ILLINOIS 60560 | | J | 06/2011<br>COLLECTION FOR FORD MOTOR CREDIT, ABOVE, JUDGEMENT | | | | same as above |
| ACCOUNT NO.  601921071358<br><br>GECRB/MOHAWK<br>PO BOX 965036<br>ORLANDO, FL 32896-5036 | | J | 10/2007<br>CHARGE ACCOUNT PURCHASED BY LENDER CACHE, BELOW | | | | same as below |
| ACCOUNT NO.  120007419653<br><br>CACHE, LLC<br>4340 S MONACO ST #2<br>DENVER, CO 80237 | | J | 04/2012<br>COLLECTION FOR GE MONEY BANK, ABOVE, JUDGEMENT | | | | 5490.28 |

Sheet no. **5** of **53** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 46,564.28

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                  Case No. _____
                        Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   120007419653 <br><br>JOHN C BONEWICZ, P.C. <br>350 N ORLEANS ST #300 <br>CHICAGO, ILLINOIS 60654 | | J | 04/2012 <br>COLLECTION FOR GE MONEY BANK, ABOVE | | | | same as above |
| ACCOUNT NO.   00145820 <br><br>EMPACT EMERGENCY PHYS LLC <br>PO BOX 5597 DEPT 20 7009 <br>CAROL STREAM, ILLINOIS 60197 | | J | 10/2010 <br>MEDICAL | | | | 550.00 |
| ACCOUNT NO. H68932-C01891 <br><br>DEPENDON COLLECTION SVS INC <br>PO BOX 4833 <br>OAK BROOK, ILLINOIS 60522-4833 | | J | 09/2012 <br>COLLECTION FOR VILLAGE OF ALSIP, PARKING CITATION | | | | 275.00 |
| ACCOUNT NO. H68932-CO189 <br><br>VILLAGE OF ALSIP PARKING DIVISION <br>4500 W 123RD ST <br>ALSIP, IL 60803 | | J | 03/2012 <br>PARKING VIOLATION | | | | same as above |
| ACCOUNT NO.   ...1888 <br><br>JP MORGAN CHASE BANK <br>OH1-0055 340 S CLEVELAND #370 <br>WESTERVILLE, OH 43081 | | J | 06/2011 <br>BANK ACCOUNT | | | | 1178.41 |

Sheet no. **6** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **2003.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,       Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   WQG378<br>PFG OF MINNESOTA<br>7825 WASHINGTON AVE #310<br>MINNEAPOLIS, MN 55439-2409 | | J | 04/2012<br>COLLECTION FOR JP MORGAN CHASE, ABOVE | | | | same as above |
| ACCOUNT NO.   087544512<br>CAPITAL MANAGEMENT SVS LP<br>698 1/2 S ODGEN ST<br>BUFFALO, NY 14206-2317 | | J | 09/2012<br>COLLECTION FOR JP MORGAN CHASE, ABOVE | | | | same as above |
| ACCOUNT NO.   27110802<br>ACCOUNTS RECV MANAGEMENT<br>PO BOX 129<br>THOROFARE, NJ 08086-0129 | | J | 03/2012<br>COLLECTION FOR EQUINOX FITNESS CLUB, MEMBERSHIP | | | | 297.00 |
| ACCOUNT NO.   953389<br>EQUINOX FITNESS CLUB<br>900 NORTH MICHIGAN AVE<br>CHICAGO IL 60606 | | J | 01/2012<br>HEALTHCLUB MEMBERSHIP | | | | same as above |
| ACCOUNT NO.   041420055-A2<br>MASSEYS<br>PO BOX 2822<br>MONROE, WI 53566-8022 | | J | 06/2012<br>REVOLVING CREDIT ACCOUNT DEPT STORE | | | | 207.87 |

Sheet no. 7 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  504.87

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,                        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   34781559<br>RUSH COPLEY MEDICAL CENTER<br>PATIENT ACCOUNTS<br>2000 OGDEN AVE<br>AURORA IL 60504 | | J | 08/2012<br>MEDICAL | | | | 1209.00 |
| ACCOUNT NO.   0678678<br>DEPAUL UNIVERSITY<br>STUDENT ACCOUNTS<br>1 E JACKSON BLVD<br>CHICAGO IL 60604-2287 | | J | 11/2012<br>STUDENT ACCOUNTS SCHOOL | | | | 986.00 |
| ACCOUNT NO.   3131724<br>ACCOUNT CONTROL TEC INC<br>6918 OWENSMOUTH AVE<br>CANOGA PK, CA 91309-8012 | | J | 06/2012<br>COLLECTION FOR DEPAUL UNIVERSITY, ABOVE | | | | same as above |
| ACCOUNT NO.   2642850-2<br>PLATE PASS LLC<br>PO BOX 12129, DEPT H1<br>SCOTTSDALE, AZ 85267-2129 | | J | 07/2009<br>PLATE PASS TOLL ROAD | | | | 26.40 |
| ACCOUNT NO.   3171625-4<br>PLATE PASS LLC<br>PO BOX 12129, DEPT H1<br>SCOTTSDALE, AZ 85267-2129 | | J | 07/2009<br>PLATE PASS TOLL ROAD | | | | 26.40 |

Sheet no. 8 of 53 continuation sheets attached                                       Subtotal▶   | $
to Schedule of Creditors Holding Unsecured                                                                    2247.80
Nonpriority Claims

                                                                                          Total▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
                 Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    87099 <br> SURBURBAN EMERGENCY PHYS <br> PO BOX 4623 <br> CAROL STREAM, IL 60122 | | J | 05/2010 <br> MEDICAL | | | | 48.40 |
| ACCOUNT NO.    109453 <br> GRAND DENTAL <br> 1780 N FARNSWORTH AVE <br> AURORA IL 60505-1576 | | J | 11/2007 <br> DENTAL | | | | 347.14 |
| ACCOUNT NO.   13840-228310 <br> EMERGENCY TREATMENT SC <br> 900 JORIE BLVD #220 <br> OAK BROOK, IL 60523 | | J | 08/2008 <br> MEDICAL | | | | 80.00 |
| ACCOUNT NO.   95385-179495 <br> EMERGENCY TREATMENT SC <br> 900 JORIE BLVD #220 <br> OAK BROOK, IL 60523 | | J | 12/2007 <br> MEDICAL | | | | 185.00 |
| ACCOUNT NO.   79852-278918 <br> EMERGENCY TREATMENT SC <br> 900 JORIE BLVD #220 <br> OAK BROOK, IL 60523 | | J | 12/2009 <br> MEDICAL | | | | 300.00 |

Sheet no. 9 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 960.54

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
_____                              (if known)
              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   211-7335<br><br>MCS COLLECTIONS, INC<br>725 S WELLS #501<br>CHICAGO, IL 60607 | | J | 06/2009<br><br>COLLECTION FOR EMERGENCY TREATMENT SC, ABOVE | | | | same as above |
| ACCOUNT NO.   25815-285608<br><br>EMERGENCY TREATMENT SC<br>900 JORIE BLVD #220<br>OAK BROOK, IL 60523 | | J | 08/2009<br><br>MEDICAL | | | | 200.00 |
| ACCOUNT NO.   212-8060<br><br>MCS COLLECTIONS, INC<br>725 S WELLS ST #501<br>CHICAGO, IL 60607 | | J | 12/2009<br><br>COLLECTION FOR EMERGENCY TREATMENT SC, ABOVE | | | | same as above |
| ACCOUNT NO.   1678597<br><br>DIAGNOSTIC IMAGING ASSOCIATION<br>PO BOX 68<br>NORTHBROOK, IL 60065-0068 | | J | 12/2005<br><br>MEDICAL | | | | 25.70 |
| ACCOUNT NO.   195-6262<br><br>MCS COLLECTIONS<br>725 S WELLS ST #501<br>CHICAGO, IL 60607 | | J | 10/2009<br><br>COLLECTION FOR EMERGENCY TREATMENT SC | | | | 420.00 |

Sheet no. 10 of 53 continuation sheets attached          Subtotal▶   $
to Schedule of Creditors Holding Unsecured                            645.70
Nonpriority Claims

                                                          Total▶   $
                    (Use only on last page of the completed Schedule F.)
               (Report also on Summary of Schedules and, if applicable on the Statistical
                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
              Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0575583073<br><br>AMERICA ONLINE GPO<br>PO BOX 29593<br>NEW YORK, NY 10087-9593 | | J | 06/2004<br>AOL ACCT | | | | 23.90 |
| ACCOUNT NO.  216-7935<br><br>MCS COLLECTION INC<br>725 SOUTH WELLS ST #501<br>CHICAGO, IL 60607 | | J | 06/2010<br>COLLECTION FOR EMERGENCY TREAMENT, MEDICAL | | | | 16.60 |
| ACCOUNT NO.  13840-322476<br><br>EMERGENCY TREATMENT SC<br>900 JORIE BLVD #220<br>OAK BROOK, ILLINOIS 60523 | | J | 12/2009<br>MEDICAL | | | | same as above |
| ACCOUNT NO.  1101822<br><br>SLM FINANCIAL CORP<br>300 CONTINENTAL DR<br>NEWARK, DE 19806 | | J | 08/2008<br>PRIVATE LOAN INSTALLMENT ACCT | | | | 4665.78 |
| ACCOUNT NO.  66963<br><br>ALTMAN DERMATOLOGY ASSOCIATION<br>110 W CENTRAL #200<br>ARLINGTON HEIGHTS, IL 60005 | | J | 11/2006<br>MEDICAL | | | | 11.40 |

Sheet no. 11 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4717.68

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____                                    (if known)
      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   01-527000<br><br>WATERFORD PLACE APARTMENTS<br>313 HAPPFIELD DR<br>ARLINGTON HEIGHTS, IL 60004 | | J | 11/2006<br><br>LEASE BUY OUT | | | | 2280.00 |
| ACCOUNT NO.   0081639260<br><br>UNIVERSITY FIDELITY CORPORATION<br>PO BOX 941911<br>HOUSTON TX 77094-8911 | | J | 07/2004<br><br>COLLECTION FOR SPRINT PCS, TEL# 708-209-1585,BELOW | | | | 391.87 |
| ACCOUNT NO. TEL#708-209-1585<br><br>SPRINT PCS<br>6391 SPRINT PARKWAY<br>OVERLAND PK, KS 66251 | | J | 07/2004<br><br>MOBILE | | | | same as above |
| ACCOUNT NO.   212855-1<br><br>1ST NATIONWIDE<br>PO BOX 1474<br>THOUSAND OAKS, CA 91358 | | J | 03/2004<br><br>COLLECTION FOR PROVIDA LIFE SCIENCE, BELOW | | | | 99.95 |
| ACCOUNT NO.   4743-576728<br><br>PROVIDA LIFE SCIENCE<br>15250 VENTURA BLVD<br>SHERMAN OAKS, CA 91403 | | J | 01/2004<br><br>MAKE OVER AMERICA | | | | same as above |

Sheet no.12 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2771.82

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Jaime A. Williams and Tyreese L. Williams</u> ,          Case No. _____
                        Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    289391 <br> AMERICAN COLLECTION CORPORATION <br> 919 ESTES CT <br> SCHAUMBURG, IL 60193-4427 | | J | 06/2006 <br> COLLECTION FOR TCF BANK | | | | 375.07 |
| ACCOUNT NO. 3875256628/207 <br> TCF BANK <br> 200 LAKE ST EAST <br> WAYZATA, MN 55391-1693 | | J | 01/2006 <br> CHARGE OFF CHECKING ACCT | | | | same as above |
| ACCOUNT NO.    20289971-1 <br> AFNI <br> 404 BROCK DR PO BOX 3517 <br> BLOOMINGTON, IL 61702-3517 | | J | 07/2008 <br> COLLECTION FOR CHARTER ONE BANK | | | | same as below |
| ACCOUNT NO.    8690710003 <br> CHARTER ONE BANK DDA RECOVERY <br> ONE CITIZEN DRIVE <br> RIVERSIDE, RI 02915 | | J | 06/2009 <br> CHARGE OFF CHECKING ACCT | | | | 1360.76 |
| ACCOUNT NO.    3104414 <br> SALVATORE SPINELLI ESQ - ATTORNEY'S AT LAW <br> CS 9018 <br> MELLVILLE, NY 11747 | | J | 04/2004 <br> COLLECTION FOR CHARTER ONE BANK, ABOVE | | | | same as above |

Sheet no.13 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $
        1735.83

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,          Case No. _____
       **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   D2094820 <br><br> THRIFTY CAR RENTAL <br> LOCK BOX 2190 <br> TULSA, OK 74182 | | J | 08/2009 <br><br> PARKING VIOLATION | | | | 70.00 |
| ACCOUNT NO.   D2094812 <br><br> THRIFTY CAR RENTAL <br> LOCK BOX 2190 <br> TULSA, OK 74182 | | J | 08/2009 <br><br> PARKING VIOLATION | | | | 70.00 |
| ACCOUNT NO.   D2094817 <br><br> THRIFTY CAR RENTAL <br> LOCK BOX 2190 <br> TULSA, OK 74182 | | J | 08/2009 <br><br> PARKING VIOLATION | | | | 70.00 |
| ACCOUNT NO.   29855384 <br><br> FIRST SOURCE FINANCIAL SOLUTION <br> PO BOX 33009 <br> PHEONIX, AZ 85067-3009 | | J | 05/2010 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL BELOW | | | | 317.27 |
| ACCOUNT NO.   29855384 <br><br> RUSH COPLEY MEDICAL <br> PATIENT FINANCIAL SERVICES <br> 2000 OGDEN AVE <br> AURORA, IL 60504 | | J | 11/2009 <br><br> MEDICAL | | | | same as above |

Sheet no. 14 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 527.27

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    58316<br><br>NORTHWEST WOMENS CONSULTANTS<br>1630 WEST CENTRAL ROAD<br>ARLINGTON HTS, ILLINOIS 60005 | | J | 01/2007<br><br>MEDICAL | | | | 119.21 |
| ACCOUNT NO.    7005585<br><br>NCO FIN/99<br>PO BOX 15636<br>WILMINGTON, DE 19850 | | J | 09/2007<br><br>COLLECTION FOR NW WOMENS CONSULTANTS ABOVE | | | | same as above |
| ACCOUNT NO.    4370066<br><br>NW COMMUNITY HOSPITAL<br>BUSINESS CENTER<br>3010 SALT CREEK #110<br>ARLINGTON HTS, IL 60005 | | J | 10/2006<br><br>MEDICAL EMERGENCY | | | | 194.16 |
| ACCOUNT NO.    10188630<br><br>ICS<br>8231 185TH ST #100<br>TINLEY PK, IL 60487 | | J | 10/2007<br><br>COLLECTION FOR ADVOCATE MEDICAL GROUP | | | | 663.00 |
| ACCOUNT NO.    H08190027<br><br>RUSH OAK PARK HOSPITAL<br>PATIENT SERVICES<br>520 S MAPLE<br>OAK PARK, IL 60304-0197 | | J | 02/2005<br><br>MEDICAL REF# 1352543 | | | | 33.80 |

Sheet no. **15** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1010.17**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   MAYES105<br><br>REALTY CONSULTING SERVICES<br>931 N PLUM GROVE RD<br>SCHAUMBURG, IL 60173 | | J | 03/2004<br><br>ARREARS | | | | 1490.80 |
| ACCOUNT NO.   DD003396<br><br>WEST SUBURBAN HEALTH CARE<br>1000 W LAKE ST #203<br>OAK PARK, ILLINOIS 60301-1131 | | J | 05/2004<br><br>MEDICAL | | | | 84.05 |
| ACCOUNT NO.   V78427<br><br>JB & ASSOCIATES, PC<br>2 BROAD ST 6TH FLOOR<br>BLOOMFIELD NJ 07003-2550 | | J | 12/2003<br><br>COLLECTION FOR WORLD FOOT LOCKER | | | | 553.44 |
| ACCOUNT NO.   34681144<br><br>NCO FINACIAL SYSTEM INC<br>7595 MONTEVIDEO RD# 110<br>JESSUP, MD 20794 | | J | 03/2010<br><br>COLLECTION FOR NICOR GAS DBA MOBILE TAX USA | | | | 335.58 |
| ACCOUNT NO.   3076126434<br><br>NICOR GAS<br>PO BOX 190<br>AURORA, IL 60507<br>ATTN: BANKRUPTCY | | J | 03/2012<br><br>UTILITY | | | | same as above |

Sheet no. 16 of 53 continuation sheets attached          Subtotal▶   $
to Schedule of Creditors Holding Unsecured                          2463.87
Nonpriority Claims

                                                        Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,          Case No. _____
           Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  829077478 <br><br> CHASE BANK OH1-1272 <br> 340 S CLEVELAND AVE #370 <br> WESTERVILLE, OH 43081 | | J | 08/2012 <br><br> CHARGE OF ACCOUNT <br> DBA MOBILE TAX USA | | | | 571.15 |
| ACCOUNT NO. 111000000829077478 <br><br> AMERICAN CORADIUS <br> INTERNATIONAL LLC <br> 2420 SWEET HOME RD #150 <br> AMHERST NY 14228-2244 | | J | 11/2012 <br><br> COLLECTION FOR CHASE BANK, ABOVE | | | | same as above |
| ACCOUNT NO.  323883 <br><br> ALEXIAN BROTHERS MEDICAL <br> GROUP <br> 3040 W SALT CREEK <br> ARLINGTON HTS, IL 60005-1069 | | J | 11/2009 <br><br> MEDICAL | | | | 5.00 |
| ACCOUNT NO.  5110359670 <br><br> CITY OF CHICAGO DEPT OF <br> FINANCE <br> 33 N LASALLE #700 <br> CHICAGO, ILLINOIS 60622 | | J | 07/2009 <br><br> TICKETS | | | | 2688.80 |
| ACCOUNT NO. VIOLATION#0040160441 <br><br> ARNOLD SCOTT HARRIS PC <br> 600 W JACKSON #720 <br> CHICAGO, IL 60680-5625 | | J | 06/2005 <br><br> COLLECTION FOR THE CITY OF <br> CHICAGO ABOVE ACCT# <br> 5110359670 | | | | same as above |

Sheet no. 17 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 3264 .95

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                    Case No. _____
_____Debtor_____                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VIOLATION# 0034368097<br><br>ARNOLD SCOTT HARRIS PC<br>600 W JACKSON #720<br>CHICAGO, IL 60680-5625 | | J | 06/2005<br><br>COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO. VIOLATION# 0034368094<br><br>ARNOLD SCOTT HARRIS PC<br>600 W JACKSON #720<br>CHICAGO, IL 60680-5625 | | J | 06/2005<br><br>COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO. VIOLATION# 0040316267<br><br>ARNOLD SCOTT HARRIS PC<br>600 W JACKSON #720<br>CHICAGO, IL 60680-5625 | | J | 06/2005<br><br>COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO. VIOLATION# 0034368095<br><br>ARNOLD SCOTT HARRIS PC<br>600 W JACKSON #720<br>CHICAGO, IL 60680-5625 | | J | 06/2005<br><br>COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO. VIOLATION# 0034368096<br><br>ARNOLD SCOTT HARRIS PC<br>600 W JACKSON #720<br>CHICAGO, IL 60680-5625 | | J | 10/2009<br><br>COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |

Sheet no.18 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  0

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,     Case No. _____
                  Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VIOLATION# 0031910172 <br><br> ARNOLD SCOTT HARRIS PC <br> 600 W JACKSON #720 <br> CHICAGO, IL 60680-5625 | | J | 10/2009 <br><br> COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO. VIOLATION# 9050909309 <br><br> ARNOLD SCOTT HARRIS PC <br> 600 W JACKSON #720 <br> CHICAGO, IL 60680-5625 | | J | 10/2009 <br><br> COLLECTION FOR THE CITY OF CHICAGO ABOVE ACCT# 5110359670 | | | | same as above |
| ACCOUNT NO.   411392087 <br><br> TRUSTMARK RECOVERY SVS <br> 541 OTISBOWEN DR <br> MUNSTER, IN 46321 | | J | 06/2010 <br><br> COLLECTION FOR OAKLAWN RADIOLOGY IMAGING CONS CASE# 101542799, BELOW | | | | 36.00 |
| ACCOUNT NO.   36411392087 <br><br> OAK LAWN RADIOLOGY IMAGING <br> 37241EAGLE WAY <br> CHICAGO, IL 60678-1372 | | J | 02/2010 <br><br> MEDICAL | | | | same as above |
| ACCOUNT NO.   022112403663 <br><br> NORTH SHORE AGENCY - NON <br> PO BOX 9205 <br> OLD BETHPAGE, NY 11804-9000 | | J | 07/2012 <br><br> COLLECTION FOR WALL STREET JOURNAL | | | | 119.88 |

Sheet no.<u>19</u> of <u>53</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 155.88

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams   ,          Case No. _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2015D<br><br>J&J SELF STORAGE<br>2015 RT 34<br>OSWEGO ILLINOIS 60543 | | J | 07/2011<br><br>LEASE AGREEMENT<br>DBA MOBILE TAX USA | | | | 2670.00 |
| ACCOUNT NO.   5149588320<br><br>CITY OF CHICAGO DEPT OF FINANCE<br>33 N LASALLE #700<br>CHICAGO, IL 60622 | | J | 2012<br><br>RED LIGHT VIOLATION | | | | 300.00 |
| ACCOUNT NO.   5609667<br><br>VILLAGE OF MAYWOOD FINANCE DEPT<br>40 MADISON ST<br>MAYWOOD IL 60153 | | J | 04/2012<br><br>PARKING VIOLATION3 PLATE#<br>K502068 | | | | 70.00 |
| ACCOUNT NO.   07003858520<br><br>CTI COLLECTION SVS<br>PO BOX 4783<br>CHICAGO ILLINOIS 60680-4783 | | J | 08/2012<br><br>COLLECTION FOR THE CITY OF CHICAGO TAG# K502068<br>CITATION# 0700385850 | | | | 488.00 |
| ACCOUNT NO.   30074204<br><br>CHECK N GO<br>4540 COOPER ROAD SUITE 305<br>CINCINNATI, OH 45242 | | J | 08/2012<br><br>INSTALLMENT LOAN | | | | 3340.95 |

Sheet no. 20 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 6868.95

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
            Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    26257824 <br><br> RUSH COPLEY MEDICAL CENTER ATTN: PATIENT FINANCIALSERVICE 2000 ODGEN AVENUE AUROA, IL 60504 | | J | 10/2007 <br><br> MEDICAL | | | | 76.69 |
| ACCOUNT NO.    26257824 <br><br> ARGENT HEALTH CARE FINANCIAL SERVICE 7650 MAGNA DRIVE BELLEVILLE, ILLINOIS 62223 | | J | 03/2008 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL CENTER, ABOVE | | | | same as above |
| ACCOUNT NO. A14068481004318 <br><br> AMERICAN MEDICAL COLLECTION AGENCY (AMCA) 2269 S SAW MILL RIVER RD #3 ELMSFORD, NY 10523 | | J | 03/2003 <br><br> COLLECTION FOR QUEST DIAGNOSTIC INC | | | | 68.48 |
| ACCOUNT NO.    12163310231 <br><br> QUEST DIAGNOSTIC INC 1355 MITTEL DR WOOD DALE IL 60191 | | J | 2003 <br><br> MEDICAL SEE AMCA ABOVE | | | | same as above |
| ACCOUNT NO.    12572201027 <br><br> QUEST DIAGNOSTIC INC 1355 MITTEL DR WOOD DALE, IL 60191 | | J | 2003 <br><br> MEDICAL SEE AMCA ABOVE | | | | same as above |

Sheet no 21 of 53 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 145.17

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____
           Debtor                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  12557212349 <br> QUEST DIAGNOSTIC INC <br> 1355 MITTEL DR <br> WOOD DALE IL 60191 | | J | 2003 <br> MEDICAL <br> SEE AMCA ABOVE | | | | same as above |
| ACCOUNT NO.  0040288839 <br> BLOOMBERG BUSINESS WEEK <br> PO BOX 6208 <br> HARLAN, IA 51593-1708 | | J | 05/2012 <br> MAGAZINE SUBSCRIPTION | | | | 40.00 |
| ACCOUNT NO.  822416 <br> TRI COUNTY ACCTS BUREAU INC <br> PO BOX 515 <br> WHEATON IL 60189-0515 | | J | 04/2002 <br> COLLECTIONFOR EYE CARE ASSOCIATES | | | | 89.63 |
| ACCOUNT NO.  D2075177N1 <br> ACCOUNT RECOVERY SERVICE <br> 3031 N 114TH ST <br> MILWAUKEE, WI 53222 | | J | 02/2008 <br> COLLECTION FOR ACL LABORATORIES, BELOW | | | | 102.12 |
| ACCOUNT NO.  LX072646-0 <br> ACL LABORATORIES <br> 8901 WEST LINCOLN AVE <br> WEST ALLIS, WI 53227 | | J | 09/2007 <br> MEDICAL | | | | same as above |

Sheet no.**22** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **231.75**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
                        Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1554296 <br> LOYOLA UNIVERSITY PHYSICIAN FOUNDATION <br> ATTN: PATIENT FINANCIAL ACCTS <br> 2160 S 1ST AVE MAYWOOD, IL 60153 | | J | 08/2003 <br><br> MEDICAL | | | | 10.40 |
| ACCOUNT NO.    1549121 <br> LOYOLA UNIVERSITY PHYSICIAN FOUNDATION <br> ATTN: PATIENT FINANCIAL ACCTS <br> 2160 S 1ST AVE MAYWOOD, IL 60153 | | J | 08/2003 <br><br> MEDICAL | | | | 96.10 |
| ACCOUNT NO.    1170581 <br> ICS COLLECTION SERVICE <br> PO BOX 646 <br> OAK LAWN, IL 60454-0646 | | J | 10/2006 <br><br> COLLECTION FOR LOYOLA UNIVERSITY PHYS FOUNDATION, ABOVE | | | | same as above |
| ACCOUNT NO.    1577690 <br> LOYOLA UNIVERSITY PHYSICIAN FOUNDATION <br> ATTN: PATIENT FINANCIAL ACCTS <br> 2160 S 1ST AVE MAYWOOD, IL 60153 | | J | 09/2003 <br><br> MEDICAL | | | | 155.00 |
| ACCOUNT NO.    979547 <br> ICS COLLECTION SERVICE <br> PO BOX 646 <br> OAK LAWN IL 60454-0646 | | J | 10/2006 <br><br> COLLECTION FOR LOYOLA UNIVERSITY PHYS FOUNDATION ABOVE | | | | same as above |

Sheet no. 23 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 261.50

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1549007 <br><br> LOYOLA UNIVERSITY PHYSICIAN FOUNDATION <br> ATTN: PATIENT FINANCIAL ACCTS <br> 2160 S 1ST AVE MAYWOOD, IL 60153 | | J | 10/2006 <br><br> MEDICAL | | | | 60.00 |
| ACCOUNT NO.    011020089670 <br><br> NATIONWIDE CREDIT & COLLECTION INC <br> 9919 ROOSEVET RD <br> WESTCHESTER, IL 60154 | | J | 10/2006 <br><br> COLLECTION FOR LOYOLA UNIVERSITY PHY FOUNDATION ABOVE | | | | same as above |
| ACCOUNT NO.    H07894645 <br><br> RUSH OAK PARK HOSPITAL <br> ATTN: PATIENT FINANCIAL SVS <br> 520 S MAPLE AVE <br> OAK PARK, IL 60304-0197 | | J | 08/2004 <br><br> MEDICAL | | | | 270.87 |
| ACCOUNT NO.    H07474836 <br><br> RUSH OAK PARK HOSPITAL <br> ATTN: PATIENT FINANCIAL SVS <br> 520 S MAPLE AVE <br> OAK PARK, IL 60304-0197 | | J | 05/2004 <br><br> MEDICAL | | | | 82.63 |
| ACCOUNT NO.    90033415 <br><br> TROY Q SMITH & ASSOCIATES <br> 100 W ROOSEVELT RD BLD B-7 #102 <br> WHEATON, IL 60187 | | J | 10/2004 <br><br> COLLECTION FOR RUSH OAK PARK HOSPITAL, ABOVE | | | | same as above |

Sheet no. 24 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 413.50

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,        Case No. _____
      **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    H07604176<br><br>RUSH OAK PARK HOSPITAL<br>ATTN: PATIENT FINANCIAL SVS<br>520 S MAPLE AVE<br>OAK PARK, IL 60304-0197 | | J | 05/2004<br><br>MEDICAL | | | | 211.00 |
| ACCOUNT NO.    H07604143<br><br>NCO FINANCIAL SYSTEMS INC<br>605 W EDISON RD SUITE K<br>MISHAWAKA, IN 46545 | | J | 07/2005<br><br>COLLECTION FOR RUSH OAK PARK HOSPITAL (SEE ACCT# H07604176) ABOVE | | | | same as above |
| ACCOUNT NO.    H07894645<br><br>NCO FINANCIAL SYSTEMS INC<br>605 W EDISON RD SUITE K<br>MISHAWAKA, IN 46545 | | J | 07/2005<br><br>COLLECTION FOR RUSH OAK PARK HOSPITAL (SEE ACCT# H07604176) ABOVE | | | | same as above |
| ACCOUNT NO.    90014695<br><br>TROY Q SMITH & ASSOCIATES<br>100 W ROOSEVELT RD BLD B-7 #102<br>WHEATON, IL 60187 | | J | 05/2004<br><br>COLLECTION FOR RUSH OAK PARK HOSPITAL (ACCT# H07604176), ABOVE | | | | same as above |
| ACCOUNT NO.    H07604143<br><br>RUSH OAK PARK HOSPITAL<br>ATTN: PATIENT FINANCIAL SVS<br>520 S MAPLE AVE<br>OAK PARK, IL 60304-0197 | | J | 02/2004<br><br>MEDICAL | | | | same as above |

Sheet no. **25** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 211.00

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jaime A. Williams and Tyreese L. Williams</u> ,                    Case No. _____
            Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   90014694  TROY Q SMITH & ASSOCIATES 100 WEST ROOSEVELT RD BLD B-7 STE 102 WHEATON IL 60187 | | J | 06/2004  COLLECTION FOR RUSH OAK PARK HOSPITAL (ACCT# H07604143), ABOVE | | | | 155.92 |
| ACCOUNT NO.   H07647209  RUSH OAK PARK HOSPITAL ATTN: PATIENT FINANCIAL SVS 520 S MAPLE AVE OAK PARK, IL 60304-019 | | J | 02/2004  MEDICAL | | | | 155.92 |
| ACCOUNT NO.   90018736  TROY Q SMITH & ASSOCIATES 100 WEST ROOSEVELT RD BLD B-7 STE 102 WHEATON IL 60187 | | J | 06/2004  COLLECTION FOR RUSH OAK PARK HOSPITAL (ACCT# H07647209), ABOVE | | | | same as above |
| ACCOUNT NO.   56083884-001  NORTHWESTERN MEMORIAL HOSPITAL PO BOX 73690 CHICAGO, ILLINOIS 60673-7690 | | J | 03/2003  MEDICAL | | | | 50.90 |
| ACCOUNT NO. 094-1-0001797785  ARLINGTON RIDGE PATHOLOGY SC 520 E 22ND ST LOMBARD, IL 60148 | | J | 10/2005  MEDICAL | | | | 137.00 |

Sheet no. 26 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 499.74

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,           Case No. _____
_____                                            (if known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 094-1-0001806276<br>ARLINGTON RIDGE PATHOLOGY SC<br>520 E 22ND ST<br>LOMBARD, IL 60148 | | J | 11/2005<br>MEDICAL | | | | 11.00 |
| ACCOUNT NO. 094-1-0001807267<br>ARLINGTON RIDGE PATHOLOGY SC<br>520 E 22ND ST<br>LOMBARD, IL 60148 | | J | 11/2005<br>MEDICAL | | | | 59.00 |
| ACCOUNT NO. 094-1-0001797785<br>ARLINGTON RIDGE PATHOLOGY SC<br>520 E 22ND ST<br>LOMBARD, IL 60148 | | J | 12/2005<br>MEDICAL | | | | 13.70 |
| ACCOUNT NO. 094-1-0001742298<br>ARLINGTON RIDGE PATHOLOGY SC<br>520 E 22ND ST<br>LOMBARD, IL 60148 | | J | 07/2005<br>MEDICAL | | | | 226.00 |
| ACCOUNT NO. M1000416385<br>ADVOCATE MEDICAL GROUP<br>701 LEE ST<br>DESPLAINES, IL 60016 | | J | 10/2008<br>MEDICAL | | | | 3672.00 |

Sheet no. 27 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3981.70

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,          Case No. _____
_____                                    (if known)
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   42087017  NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 08/2006  MEDICAL | | | | 567.78 |
| ACCOUNT NO.   REF# 3662367  PELLETTIERI & ASSOCIATES LTD 991 OAK CREEK DR LOMBARD, IL 60148-6408 | | J | 03/2007  COLLECTION FOR NORTHWEST COMM HOSPITAL (ACCT# 42087017) ABOVE | | | | same as above |
| ACCOUNT NO.   41522526  NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 03/2006  MEDICAL | | | | 74.29 |
| ACCOUNT NO.   41826932  NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 03/2006  MEDICAL | | | | 72.22 |
| ACCOUNT NO.   40178333  NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 10/2005  MEDICAL | | | | 192.81 |

Sheet no. 28 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  907.10

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    41026669<br><br>NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 10/2005<br><br>MEDICAL | | | | 22.42 |
| ACCOUNT NO.    40382071<br><br>NORTHWEST COMM HOSPITAL FINANCIAL SERVICES 800 W CENTRAL RD ARLINGTON HTS, IL 60005 | | J | 11/2005<br><br>MEDICAL | | | | 96.94 |
| ACCOUNT NO.    1020653<br><br>EOS CCA 19 PRINCE ST ROCHESTER NY 14607 | | J | 05/2007<br><br>COLLECTION FOR ILLINOIS SCHOOL OF HEALTH | | | | 816.00 |
| ACCOUNT NO.    WILJA000<br><br>VAN ORTHOPAEDIC & SPINE SURGERY 2197 BLACKBERRY DR GENEVA, IL 60134 | | J | 08/2008<br><br>MEDICAL | | | | 20.00 |
| ACCOUNT NO.    EQ1713<br><br>FFCC-COLUMBUS IN C 1550 OLD HENDERSON RD #100 COLUMBUS, OH 43220-3626 | | J | 11/2008<br><br>COLLECTUN FOR VAN ORTHOPAEDIC SURGERY, ABOVE | | | | same as above |

Sheet no. 29 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  955.36

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                    Case No. _____
_____
           **Debtor**                                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   225-003945<br><br>CITY OF COUNTRY CLUB HILLS<br>PO BOX 1368<br>EMHURST, ILLINOIS 60126 | | J | 01/2010<br><br>MEDICAL, AMBULANCE | | | | 570.00 |
| ACCOUNT NO.   1245667<br><br>DIVERSIFIED SERVICES INC<br>PO BOX 80185<br>PHOENIX, AZ 85060-0185 | | J | 01/2007<br><br>COLLECTION FOR RUSH COPLEY MEDICAL CENTER | | | | 77.00 |
| ACCOUNT NO.   10167798<br><br>HARVARD COLLECTIONS<br>4839 N ELSTON AVE ATTN BETTY<br>CHICAGO, ILLINOIS 60630-2534 | | J | 06/2007<br><br>COLLECTION FOR COMMON WEALTH EDISON | | | | 262.00 |
| ACCOUNT NO.   15850287<br><br>HARRIS & HARRIS<br>600 W JACKSON BLVD #400<br>CHICAGO, IL 60661-5675 | | J | 02/2010<br><br>COLLECTION FOR ADVOCATE SOUTH SUBURBAN HOSPITAL | | | | 1516.00 |
| ACCOUNT NO. REF#40786861-13<br><br>LAW OFFICES OF MITCHELL N KAY<br>11 S LASALLE ST # 1900<br>CHICAGO, IL 60603 | | J | 06/2003<br><br>COLLECTION FOR RJM ACQUISITIONS FUNDING LLC, ASSIGNEE OF FINGERHUT RE: TYREESE MAYES | | | | 298.09 |

Sheet no. **30** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2 723.09

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                    Case No. _____
                        Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   18465265709-D <br> FINGER HUT <br> ATTN; CUSTOMER ACCTS <br> 7777 GOLDEN TRIANGLE DR <br> EDEN PRAIRIE, MN 55344 | | J | 01/2003 <br> REVOLVING ACCOUNT REF# 40786861-13 | | | | same as above |
| ACCOUNT NO.   2237612482 <br> RISK MANAGEMENT ALTERNATIVE <br> 2200 S BUSSE RD <br> MT PROSPECT, IL 60056 | | J | 12/2004 <br> COLLECTION FOR NICOR GAS | | | | 74.13 |
| ACCOUNT NO. 198271041030FACRCH <br> NICOR GAS <br> ATTN:CUSTOMER ACCOUNTS <br> 1844 FERRY ROAD <br> NAPERVILLE, IL 60563 | | J | 06/2004 <br> UTILITY | | | | same as above |
| ACCOUNT NO.   92747053 <br> PROVENA HEALTH CENTER FOR <br> DIAGNOSTICS IMAGING <br> 75 REMITTANCE DR #6254 <br> CHICAGO, IL 60675-6254 | | J | 02/2008 <br> MEDICAL | | | | 674.00 |
| ACCOUNT NO.   FILE#991333 <br> COLLECTION RESOURCES <br> 2008 8TH ST NORTH <br> ST CLOUD, MN 56302-2270 | | J | 08/2008 <br> COLLECTION FOR PROVENA HEALTH CENTER FOR DIAGNOSTICS IMAGING, ABOVE | | | | same as above |

Sheet no. 31 of 52 continuation sheets attached                          Subtotal ▶   $
to Schedule of Creditors Holding Unsecured                                              748.13
Nonpriority Claims

                                                                          Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____                                              (if known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    991333 <br><br> GOGGINS & LAVINTMAN PA ATTORNEY'S AT LAW #270 1295 NORTHLAND DR MENDOTA HEIGHTS, MN 55120 | | J | COLLECTION FOR PROVENA HEALTH CENTER FOR DIAGNOSTICS IMAGING, ABOVE | | | | same as above |
| ACCOUNT NO. 084-1-8440382071 <br><br> NORTHWEST RADIOLOGY ASSOCIATES, SC 520 E 22ND ST LOMBARD, IL 60148 | | J | 07/2005 <br><br> MEDICAL | | | | 43.00 |
| ACCOUNT NO. 084-1-8439290677 <br><br> NORTHWEST RADIOLOGY ASSOCIATES, SC 520 E 22ND ST LOMBARD, IL 60148 | | J | 07/2005 <br><br> MEDICAL | | | | 39.00 |
| ACCOUNT NO. 084-1-844102669 <br><br> NORTHWEST RADIOLOGY ASSOCIATES, SC 520 E 22ND ST LOMBARD, IL 60148 | | J | 09/2005 <br><br> MEDICAL | | | | 81.00 |
| ACCOUNT NO. 084-1-8441522526 <br><br> NORTHWEST RADIOLOGY ASSOCIATES, SC 520 E 22ND ST LOMBARD, IL 60148 | | J | 10/2005 <br><br> MEDICAL | | | | 40.00 |

Sheet no. 32 of 53 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 203.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,            Case No. _____
            **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   000134192 <br><br> ALLIANCE ASSET MANAGEMENT INC <br> 330 GEORGETOWN SQUARE #104 <br> WOOD DALE, IL 60191 | | J | 11/2003 <br><br> COLLECTION FOR SUPERIOR AMBULANCE | | | | 722.81 |
| ACCOUNT NO.   001200 <br><br> SUPERIOR AMBULANCE <br> 395 W LAKE ST <br> ELMHURST, IL 60126 | | J | 01/2003 <br><br> MEDICAL | | | | same as above |
| ACCOUNT NO.   825114 <br><br> RADIOLOGY CONSULTANTS LTD <br> 1730 PARK ST #101 <br> NAPERVILLE, IL 60563 | | J | 03/2004 <br><br> MEDICAL | | | | 39.00 |
| ACCOUNT NO.   W08128837 <br><br> WEST LAKE HOSPITAL <br> ATTN: BUSINESS OFFICE <br> 1225 LAKE ST <br> MELROSE PK, IL 60160 | | J | 06/2003 <br><br> MEDICAL | | | | 49.68 |
| ACCOUNT NO.   3G674924 <br><br> DREYER MEDICAL CENTER <br> PO BOX 2091 <br> AUROA, IL 60507-2091 | | J | 01/2008 <br><br> MEDICAL | | | | 10.00 |

Sheet no.**33** of **59** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 821.49

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
                    Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    323883<br><br>ALEXIAN BROTHERS CORPORATE HEALTH SVS<br>25466 NETWORK PL<br>CHICAGO, IL 60673-1254 | | J | 08/2009<br><br>MEDICAL | | | | 15.00 |
| ACCOUNT NO.    4679737000<br><br>AMERICAN MEDICAL COLLECTION AGENCY<br>2269 S SAW MILL RIVER RD #3<br>ELMSFORD, NY 10523 | | J | 04/2008<br><br>COLLECTION FOR QUEST DIAGNOSTICS INC (ACCT# 4679737000 & 4772003176) , BELOW | | | | same as below |
| ACCOUNT NO.    4679737000<br><br>QUEST DIAGNOSTICS<br>1355 MITTEL DR<br>WOOD DALE, IL 60194-1024 | | J | 12/2007<br><br>MEDICAL | | | | 14.80 |
| ACCOUNT NO.    4772003176<br><br>QUEST DIAGNOSTICS<br>1355 MITTEL DR<br>WOOD DALE, IL 60194-1024 | | J | 12/2007<br><br>MEDICAL | | | | 8.80 |
| ACCOUNT NO.0036000000070342<br><br>APLM LTD<br>1050 W KINZIE ST<br>CHICAGO, IL 60622-6537 | | J | 06/2008<br><br>MEDICAL | | | | 9.00 |

Sheet no.34 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 47.60

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   DD003396 <br><br> WEST SUBURBAN HEALTH CARE PROFESSIONAL <br> 100 W LAKE ST #203 <br> OAK PARK, IL 60301-1131 | | J | 01/2004 <br><br> MEDICAL | | | | 84.05 |
| ACCOUNT NO. 084-1-8442064980 <br><br> NORTHWEST RADIOLOGY ASSOCIATES SC <br> 520 E 22ND ST <br> LOMBARD, IL 60148 | | J | 11/2005 <br><br> MEDICAL | | | | 41.00 |
| ACCOUNT NO.   L80867M8 <br><br> DIVERSIFIED SERVICES GROUP <br> 5800 EAST THOMAS RD# 107 <br> SCOTTSDALE, AZ 85251 | | J | 06/2009 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL CENTER | | | | 835.00 |
| ACCOUNT NO.   L80867N1 <br><br> DIVERSIFIED SERVICES GROUP <br> 5800 EAST THOMAS RD# 107 <br> SCOTTSDALE, AZ 85251 | | J | 01/2010 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL CENTER | | | | 1034.00 |
| ACCOUNT NO.   L80867N1 <br><br> DIVERSIFIED SERVICES GROUP <br> 5800 EAST THOMAS RD# 107 <br> SCOTTSDALE, AZ 85251 | | J | 01/2010 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL CENTER | | | | 698.00 |

Sheet no. **35** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2692.05

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,        Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   L80867N1 <br><br> DIVERSIFIED SERVICES GROUP <br> 5800 EAST THOMAS RD# 107 <br> SCOTTSDALE, AZ 85251 | | J | 01/2010 <br><br> COLLECTION FOR RUSH COPLEY MEDICAL CENTER | | | | 319.00 |
| ACCOUNT NO.   L80867M9 <br><br> DIVERSIFIED SERVICE GROUP <br> 5800 EAST THOMAS RD# 107 <br> SCOTTSDALE, AZ 85251 | | J | 01/2010 <br><br> COLLECTION FOR RUSH MEDICAL CENTER | | | | 2059.00 |
| ACCOUNT NO.   TP0700412 <br><br> OXFORD MANAGEMENT SERVICES <br> PO BOX 1991 <br> SOUTH GATE, MI 48195 <br> CLAIM# 32196907 | | J | 08/2008 <br><br> COLLECTION FOR PCDI | | | | 125.80 |
| ACCOUNT NO.   158110 <br><br> MUNICIPAL COLLECTION SERVICES INC <br> PO BOX 666 <br> LANSING, IL 60438-0666 | | J | 04/2009 <br><br> COLLECTION FOR THE VILLAGE OF FOREST PARK | | | | 450.00 |
| ACCOUNT NO. TICKET# 3016947 <br><br> VILLAGE OF FOREST PK <br> ATTN: PARKING ENFORCEMENT <br> 517 DESPLAINES AVE <br> FOREST PARK, IL 60130 | | J | 01/2009 <br><br> TICKET (SEE MUNICIPAL COLLECTION SERVICES ABOVE) | | | | same as above |

Sheet no.**36** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 29 53.80

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,    Case No. _____

Debtor                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TICKET#3017454<br><br>VILLAGE OF FOREST PK<br>ATTN: PARKING ENFORCEMENT<br>517 DESPLAINES AVE<br>FOREST PARK, IL 60130 | | J | 01/2009<br><br>TICKET (SEE MUNICIPAL COLLECTION SERVICES ABOVE) | | | | same as above |
| ACCOUNT NO. TICKET# 9110629<br><br>VILLAGE OF FOREST PK<br>ATTN: PARKING ENFORCEMENT<br>517 DESPLAINES AVE<br>FOREST PARK, IL 60130 | | J | 01/2009<br><br>TICKET (SEE MUNICIPAL COLLECTION SERVICES ABOVE) | | | | same as above |
| ACCOUNT NO. 5981288<br><br>ILLINOIS COLLECTION SERVICES<br>PO BOX 646<br>OAK LAWN ILLINOIS 60454-0646 | | J | 06/2005<br><br>COLLECTION FOR PEDIATRIC FACULTY FOUNDATION | | | | 626.90 |
| ACCOUNT NO. W07114994<br><br>RPM<br>PO BOX 925<br>ROSEMONT, IL 60018-0925 | | J | 06/2005<br><br>COLLECTION FOR PEDIATRIC FACULTY FOUNDATION | | | | 259.10 |
| ACCOUNT NO. 99580<br><br>SURGICAL PRACTICE LTD<br>1980 THREE FARMS AVE #101<br>NAPERVILLE, IL 60540-1136 | | J | 11/2012<br><br>MEDICAL | | | | 5.30 |

Sheet no. 37 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 891.30

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____                              (if known)
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      #092<br><br>MALCOLM S GERALD & ASS INC<br>332 S MICHIGAN AVE #514<br>CHICAGO, IL 60604 | | J | 01/2003<br><br>COLLECTION FOR WEST SUBURBAN, BELOW | | | | 205.64 |
| ACCOUNT NO.      38274387<br><br>WEST SUBURBAN HOSPITAL<br>ATTN: PATIENT FINANCIAL ACCTS<br>3 ERIE CT<br>OAK PARK, IL 60301 | | J | 11/2002<br><br>MEDICAL (SAME AS MALCOLM GERALD & ASS ABOVE) | | | | same as above |
| ACCOUNT NO.      38745311<br><br>WEST SUBURBAN HOSPITAL<br>ATTN: PATIENT FINANCIAL ACCTS<br>3 ERIE CT<br>OAK PAWEST SUBURBAN HOSPITAL | | J | 11/2002<br><br>MEDICAL (SAME AS MALCOLM GERALD & ASS ABOVE | | | | same as above |
| ACCOUNT NO.      39725981<br><br>MALCOLM S GERALD & ASS INC<br>332 S MICHIGAN AVE #514<br>CHICAGO, IL 60604 | | J | 06/2003<br><br>COLLECTION FOR WEST SURBURBAN HOSPITAL , BELOW | | | | 96.63 |
| ACCOUNT NO.      39725981<br><br>WEST SUBURBAN HOSPITAL<br>ATTN: PATIENT FINANCIAL ACCTS<br>3 ERIE CT<br>OAK PAWEST SUBURBAN HOSPITAL | | J | 11/2002<br><br>MEDICAL (SAME AS MALCOLM GERALD & ASS ABOVE) | | | | same as above |

Sheet no. 38 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 302.27

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                    Case No. _____
_____
             Debtor                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  51CM4N<br><br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 41417 DEPT 99<br>PHILADELPHIA, PA 19101 | | J | 01/2004<br><br>COLLECTION FOR MCI TELECOMMUNICATIONS, INC #3FE90819 | | | | 139.69 |
| ACCOUNT NO.  28410<br><br>LYNETTE MAHONEY DPM<br>1430 N ARLINGTON HEIGHTS RD #110<br>ARLINGTON HEIGHTS, IL 60004 | | J | 01/2007<br><br>MEDICAL | | | | 17.12 |
| ACCOUNT NO.  S064319-0<br><br>GENESIS CLINICAL LABORATORY<br>1590 PAYSPHERE CIRCLE<br>CHICAGO, ILLINOIS 60674-0015 | | J | 04/2006<br><br>MEDICAL | | | | 45.90 |
| ACCOUNT NO. 01-01-00725698<br><br>VILLAGE RADIOLOGY LTD<br>121 N MARION ST<br>OAK PARK, ILLINOIS 60301-1166 | | J | 11/2002<br><br>MEDICAL | | | | 6.20 |
| ACCOUNT NO JAIME & TYREESE WILLIAMS<br><br>JACQUELINE S MALLINGER L.C.S.W.<br>1183 GAIL DRIVE<br>BUFFALO GROVE VILLAGE, IL 60089 | | J | 05/2006<br><br>MARITAL THERAPY BALANCE | | | | 220.00 |

Sheet no.**39** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   *428.91*

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____Debtor_____                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  FILE# 111 <br><br> MALCOLM S GERALD & ASSOCIATES INC <br> 332 S MICHIGAN AVE# 514 <br> CHICAGO, ILLINOIS 60604 | | J | 01/2004 <br><br> COLLECTION FOR WEST LAKE HOSPITAL | | | | 35.90 |
| ACCOUNT NO. PATIENT ID# W08488751 <br><br> WEST LAKE HOSPITAL <br> PO BOX 4791 <br> CAROL STREAM, IL 60197-4791 | | J | 10/2003 <br><br> MEDICAL (SEE MALCOLM GERALD & ASS ABOVE) | | | | same as above |
| ACCOUNT NO.   419651 <br><br> WOMEN'S HEALTH CARE ASSOCIATES <br> 2060 ODGEN AVENUE SUITE B <br> AURORA, IL 60504-4714 | | J | 06/2008 <br><br> MEDICAL | | | | 675.01 |
| ACCOUNT NO.   92140 <br><br> ATG CERDIT LLC <br> PO BOX 14895 <br> CHICAGO, IL 60614-4895 | | J | 12/2007 <br><br> COLLECTION FOR VALLEY IMAGING CONSULTANTS, BELOW | | | | 486.00 |
| ACCOUNT NO.   92140 <br><br> VALLEY IMAGING CONSULTANTS <br> 6910 S MADISON ST <br> WILLOWBROOK, IL 60527-5504 | | J | 08/2007 <br><br> MEDICAL | | | | same as above |

Sheet no. **40** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1196.91

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,        Case No. _____
_____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37-54761-0  REVENUE PRODUCTION MANAGEMENT INC PO BOX 830913 BIRMINGHAM, AL 35283-0913 | | J | 02/2007  COLLECTION FOR NORTHWEST COMM HOSPITAL, ACCT# 43700766 | | | | 761.94 |
| ACCOUNT NO.   REF#3853197  PELLETTIERI & ASSOCIATES 991 OAK CREEK DRIVE LOMBARD, IL 60148-6408 | | J | 03/2008  COLLECTION FOR NORTHWEST COMM HOSPITAL, ACCT # 43700766 | | | | same as above |
| ACCOUNT NO. 23032A1315G44  ATG CREDIT LLC PO BOX 14895 CHICAGO ILLINOIS 60614-4895 | | J | 09/2009  COLLECTION FOR WOMEN'S HEALTH CARE ASSOCIATES | | | | 10.00 |
| ACCOUNT NO.   23032A1315  RUSH COPLEY MEDICAL GROUP NFP ATTN: PATIENT FINANCIAL SVS 2040 ODGEN AVE #313 AURORA, IL 60504-4714 | | J | 05/2009  MEDICAL | | | | same as above |
| ACCOUNT NO.   29855384  RUSH COPLEY MEDICAL CENTER ATTN: PATIENT FINANCIAL SVS 2000 ODGEN AVE AURORA, IL 60504 | | J | 11/2009  MEDICAL | | | | 317.27 |

Sheet no. 41 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $
                10 89.21

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams   ,          Case No. _____
_____Debtor_____                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   28920833<br><br>RUSH COPLEY MEDICAL CENTER<br>ATTN: PATIENT FINANCIAL SVS<br>2000 ODGEN AVE<br>AURORA, IL 60504 | | J | 04/2009<br><br>MEDICAL | | | | 67.23 |
| ACCOUNT NO.   5471923<br><br>FIRST SOURCE HEALTH CARE<br>ADVANTAGE, INC<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223 | | J | 11/2009<br><br>COLLECTION FOR RUSH COPLEY MEDICAL ABOVE ACCT# 28920833 | | | | same as above |
| ACCOUNT NO.   26612804<br><br>RUSH COPLEY MEDICAL CENTER<br>ATTN: PATIENT FINANCIAL SVS<br>2000 ODGEN AVE<br>AURORA, IL 60504 | | J | 11/2007<br><br>MEDICAL | | | | 2076.00 |
| ACCOUNT NO.   4367586<br><br>FIRST SOURCE HEALTH CARE<br>ADVANTAGE, INC<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223 | | J | 06/2008<br><br>COLLECTION FOR RUSH COPLEY MEDICAL CENTER ABOVE ACCT# 26612804 | | | | same as above |
| ACCOUNT NO.   20024035345<br><br>RUSH COPLEY MEDICAL CENTER<br>ATTN: PATIENT FINANCIAL SVS<br>2000 ODGEN AVE<br>AURORA, IL 60504 | | J | 03/2009<br><br>MEDICAL | | | | 381.75 |

Sheet no. **42** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ **2524.98**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Jaime A. Williams and Tyreese L. Williams</u>,      Case No. _____
                     **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5419309<br><br>FIRST SOURCE HEALTH CARE ADVANTAGE, INC<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223 | | J | 10/2009<br><br>COLLECTION FOR RUSH COPLEY MEDICAL CENTER ABOVE ACCT# 20024035345 | | | | same as above |
| ACCOUNT NO.   28308278<br><br>RUSH COPLEY MEDICAL CENTER ATTN: PATIENT ACCOUNTS<br>2000 ODGEN AVENUE<br>AURORA, IL 60504 | | J | 12/2008<br><br>MEDCIAL | | | | 264.62 |
| ACCOUNT NO.   5253333<br><br>FIRST SOURCE HEALTH CARE ADVANTAGE, INC<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223 | | J | 09/2009<br><br>COLLECTION FOR RUSH COPLEY MEDICAL ABOVE ACCT# 28308278 | | | | same as above |
| ACCOUNT NO.   1585908<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE<br>MAYWOOD, IL 60153 | | J | 10/2003<br><br>MEDICAL | | | | 17.00 |
| ACCOUNT NO.   157769010404<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE | | J | 06/2004<br><br>MEDICAL | | | | 217.70 |

Sheet no. **43** of **53** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal► $ **499.32**

                Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,      Case No. _____
_____
Debtor                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1554296<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE | | J | 06/2004<br><br>MEDICAL | | | | 53.11 |
| ACCOUNT NO.   1577690<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE | | J | 11/2004<br><br>MEDICAL | | | | 178.39 |
| ACCOUNT NO.   155429611009<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE | | J | 03/2004<br><br>MEDICAL | | | | 75.87 |
| ACCOUNT NO.   155429611504<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE<br>MAYWOOD, IL 60153 | | J | 05/2005<br><br>MEDICAL | | | | 75.87 |
| ACCOUNT NO.   15890810400<br><br>LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS<br>2160 S 1ST AVE | | J | 02/2003<br><br>MEDICAL | | | | 1616.84 |

Sheet no.**44**of**53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2 000.08

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,        Case No. _____
_____Debtor_____                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1585908 <br> LOYOLA UNIVERSITY PHYSICIAN FOUNDATION ATTN:PATIENT ACCTS <br> 2160 S 1ST AVE | | J | 02/2003 <br> MEDICAL | | | | 44.50 |
| ACCOUNT NO. 2590855 <br> ICS COLLECTION SERVICE <br> PO BOX 646 <br> OAKLAWN ILLINOIS 60454-0646 | | J | 10/2003 <br> COLLECTION FOR LOYOLA UNIVERSITY PHY FOUNDATION ABOVE | | | | same as above |
| ACCOUNT NO.#JPA110713-000046 <br> EVELYN PERRY <br> 2182 WHITEHORN DR <br> AURORA, IL 60503 | | J | 04/2012 <br> PAYMENT ARRANGEMENT, DBA MOBILE TAX USA | | | | 1000.05 |
| ACCOUNT NO. TICKET# 21816 <br> VILLAGE OF OSWEGO VIOLATION BUILDING & ZONING PUBLIC WKS <br> 100 PARKERS MILL <br> OSWEGO, IL 60543 | | J | 08/2012 <br> TICKET FLAT TIRE | | | | 55.00 |
| ACCOUNT NO. TICKET# 21815 <br> VILLAGE OF OSWEGO VIOLATION BUILDING & ZONING PUBLIC WKS <br> 100 PARKERS MILL <br> OSWEGO, IL 60543 | | J | 08/2012 <br> TICKET EXPIRED PLATES | | | | 55.00 |

Sheet no. 45 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1154.55

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Jaime A. Williams and Tyreese L. Williams ,                    Case No. _____
_____
Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4V6YSS<br><br>NCO FINANCIAL SYSTEMS<br>PO BOX 15740<br>WILMINGTON, DE 19850-5780 | | J | 07/2012<br>COLLECTION FOR SPRINT | | | | 691.40 |
| ACCOUNT NO.  443449316<br><br>SPRINT<br>6200 SPRINT PKWY<br>ATTN: CONSUMER ACCTS<br>OVERLAND, KS 66251 | | J | 04/2012<br>CELLULAR (SEE NCO FINANCIAL SYSTEMS ABOVE) | | | | same as above |
| ACCOUNT NO.  34781559<br><br>RUSH COPLEY MEDICAL CENTER<br>2000 ODGEN AVE<br>ATTN: PATIENT ACCTS<br>AURORA, IL 60504 | | J | 09/2012<br>MEDICAL | | | | 1209.00 |
| ACCOUNT NO.  0122418825<br><br>ICE MOUNTAIN DIRECT<br>661 DIXIE HWY SUITE 4 #215<br>LOUISVILLE, KY 40258 | | J | 06/2010<br>COLLECTION FOR COM ED DBA MOBILE TAX USA | | | | 15.00 |
| ACCOUNT NO.  31469151-1-59<br><br>I C SYSTEM<br>444 HIGHWAY 96 EAST<br>PO BOX  64437<br>ST PAUL, MN 55164-0437 | | J | 06/2010<br>COLLECTION FOR COM ED, DBA MOBILE TAX USA | | | | 135.46 |

Sheet no. 46 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2185.86

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,        Case No. _____
            Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6106036039 <br><br> COM ED- ATTN: BANKRUPTCY GROUP CLAIMS DEPT 3 LINCOLN CENTER OAKBROOK, IL 60181 | | J | 03/2010 <br> UTILITY | | | | same as above |
| ACCOUNT NO. 05-017301-2173 <br><br> CREDIT PROTECTION ASSOCIATION 13355 NOEL RD DALLAS TX 75240 | | J | 12/2004 <br> COLLECTION FOR BLOCKBUSTERS, EXTENDED VIEWING FEES | | | | 32.53 |
| ACCOUNT NO.   9139381948-1 <br><br> SALLIE MAE PO BOX 9500 WILKES-BARRE, PA 18773-9500 | | J | 05/2012 <br> STUDENT LOANS | | | | 2406.04 |
| ACCOUNT NO.   455621854 <br><br> US DEPT OF EDUCATION DIRECT LOAN SERVICING CENTER PO BOX 5202 GREENVILLE, TX 75403-5202 | | J | 05/2012 <br> STUDENT LOANS | | | | 65826.00 |
| ACCOUNT NO.   70000188193.... <br><br> DIRECT LOAN SVC SYSTEM PO BOX 5609 GREENVILLE, TX 75403-5609 | | J | 01/2009 <br> STUDEN LOAN (SAME AS ABOVE) | | | | same as above |

Sheet no. 47 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  68264.57

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
_____
          Debtor                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9255650138-1 <br> SALLIE MAE <br> PO BOX 9500 <br> WILKES-BARRE, PA 18773-9500 | | J | 08/2012 <br> STUDENT LOANS | | | | 31711.36 |
| ACCOUNT NO.   0015371170 <br> FEDLOAN SERVICING <br> PO BOX 69184 <br> HARRISBURG, PA 17106-9184 | | J | 09/2012 <br> STUDENT LOANS | | | | 23900.00 |
| ACCOUNT NO. CASE# 04M4002150 <br> DISTRICT 4-COOK COUNTY OF CIRCUIT COURT <br> 1500 MAYBROOK DR #236 <br> MAYWOOD, IL 60153-2430 | | J | 01/2007 <br> JUDGEMENT | | | | 456.00 |
| ACCOUNT NO.   828631849 <br> MEADOWS CREDIT UNION <br> 3350 WEST SALT CREEK LANE SUITE 100 <br> ARLINGTON HEIGHTS, IL 60005 | | J | 08/2012 <br> CHARGE OFF ACCOUNT | | | | 932.05 |
| ACCOUNT NO.   510718-1 <br> CU RECOVERY INC <br> 26263 FOREST BLVD <br> WYOMING, MN 55092-8033 | | J | 11/2012 <br> COLLECTION FOR MEADOWS CREDIT UNION ABOVE | | | | same as above |

Sheet no.**48** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 56 999.41

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
_____Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1603164 <br><br> GREAT EAGLE LENDING <br> PO BOX 174 <br> FINLEY, CA 95435 | | J | 08/2012 <br><br> INSTALLMENT LOAN | | | | 2412.60 |
| ACCOUNT NO.   3522 <br><br> EVEREST CASH ADVANCE <br> PO BOX 636 <br> CHARLES TOWN NEVIS WEST INDIES | | J | 08/2012 <br><br> INSTALLMENT LOAN | | | | 1500.00 |
| ACCOUNT NO.   016-303-512-11 <br><br> AMERICAN FAMILY INSURANCE <br> 6000 AMERICAN PKWY <br> MADISON, WI 53783 | | J | 11/2011 <br><br> CANCELLATION OF INSURANCE POLICY | | | | 232.34 |
| ACCOUNT NO. POLICY# 12XJ967001 <br><br> AMERICAN FAMILY INSURANCE <br> 6000 AMERICAN PKWY <br> MADISON, WI 53783 | | J | 01/2010 <br><br> CANCELLATION OF POLICY W/LINDEY K SWINT | | | | 400.00 |
| ACCOUNT NO.   00291054457 <br><br> BOA <br> PO BOX 25118 <br> TAMPA, FL 33622-5118 | | J | 08/2012 <br><br> CHECKING ACCT, DBA BLKICE | | | | 600.00 |

Sheet no. **49** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5144.94

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,          Case No. _____
            **Debtor**                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  VN125302079<br><br>ILLINOIS TOLLWAY VIOLATION ADMINISTRATION CENTER<br>2700 ODGEN AVE<br>DOWNERS GROVE, IL 60515 | | J | 11/2012<br><br>MISSED TOLLS, LATE & ADMINISTRATION FEES | | | | 1324.00 |
| ACCOUNT NO.  VN125116416<br><br>ILLINOIS TOLLWAY VIOLATION ADMINISTRATION CENTER<br>2700 ODGEN AVE<br>DOWNERS GROVE, IL 60515 | | J | 11/2012<br><br>MISSED TOLLS, LATE & ADMINISTRATION FEES | | | | 684.00 |
| ACCOUNT NO.  VS125254205<br><br>ILLINOIS TOLLWAY VIOLATION ADMINISTRATION CENTER<br>2700 ODGEN AVE<br>DOWNERS GROVE, IL 60515 | | J | 11/2012<br><br>MISSED TOLLS, LATE & ADMINISTRATION FEES | | | | 8360.3 |
| ACCOUNT NO.  D616819867<br><br>FARMERS INSURANCE<br>4680 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | | J | 11/2012<br><br>AUTO POLICY CANCELLATION BALANCE | | | | 215.01 |
| ACCOUNT NO.  009358849<br><br>FARMERS INSURANCE<br>4680 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | | J | 11/2012<br><br>LIFE INSURANCE CANCELLATION BALANCE | | | | 52.81 |

Sheet no. 50 of 53 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 10636.12

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams  ,                    Case No. _____
           Debtor                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    009358851 <br><br> FARMERS INSURANCE <br> 4680 WILSHIRE BLVD <br> LOS ANGELES, CA 90010 | | J | 11/2012 <br> LIFE INSURANCE CANCELLATION BALANCE | | | | 31.43 |
| ACCOUNT NO.    009448847 <br><br> FARMERS INSURANCE <br> 4680 WILSHIRE BLVD <br> LOS ANGELES, CA 90010 | | J | 11/2012 <br> LIFE INSURANCE CANCELLATION BALANCE | | | | 50.35 |
| ACCOUNT NO. CASE# 2009TR058722 <br><br> ARNOLD SCOTT HARRIS PC <br> ATTORNEY'S AT LAW <br> 222 MERCHADISE MART PLZ 1932 <br> CHICAGO, ILLINOIS 60654 | | J | 11/2012 <br> TICKETS | | | | 1334.72 |
| ACCOUNT NO.    6602 <br><br> ACS DEPT OF EDUCATION <br> 501 BLEEKER STREET <br> UTICA, NY 13501 | | J | 01/2008 <br> STUDENT LOAN ACCT TRANSFERRED TO ANOTHER LENDER (SEE SALLIE MAE ABOVE) | | | | 0 |
| ACCOUNT NO.    6602 <br><br> SLC STUDENT LOAN TRUST <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117-6497 | | J | 08/2006 <br> STUDENT LOAN ACCT TRANSFERRED TO ANOTHER LENDER (SEE SALLIE MAE ABOVE) | | | | 0 |

Sheet no. 51 of 52 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 1416.50

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Jaime A. Williams and Tyreese L. Williams ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10067...  <br> LITTON LOAN SERVICING RESEARCH & DEVELOPMENT 4828 LOOP CENTRAL DR HOUSTON, TX 77036 | | J | 11/2006 <br> SECOND MORTGAGE ACCT TRANSFERRED TO ANOTHER LENDER (SEE SCHEDULE D OCWEN LOAN SERVICING) | | | | 0 |
| ACCOUNT NO.   200024....  <br> SAXON MORTGAGE SVS INC 4708 MERCHANTILE DR FORT WORTH, TX 76137-3605 | | J | 11/2006 <br> MORTGAGE ACCOUNT TRANSFERRED TO ANOTHER LENDER (SEE SCHEDULE D OCWEN LOAN SER) | | | | 0 |
| ACCOUNT NO.   101057....  <br> NEW CENTURY MORTGAGE PO BOX 57052 IRVINE, CA 92612 | | J | 11/2006 <br> SECOND MORTGAGE ACCT TRANSFERRED TO ANOTHER LENDER (SEE AVELO MORTGAGE BELOW) | | | | 0 |
| ACCOUNT NO.   101057....  <br> NEW CENTURY MORTGAGE PO BOX 57052 IRVINE, CA92612 | | J | 11/2006 <br> 1ST LIEN MORTGAGE ACCT TRANSFERRED TO ANOTHER LENDER (SEE SAXON MORTGAGE ABOVE) | | | | 0 |
| ACCOUNT NO.   10067....  <br> AVELO MORTGAGE 600 LAS COLINAS BLVD # 620 IRVING TX 75039 | | J | 11/2006 <br> 2ND MORTGAGE ACCT TRANSFERRED TO ANOTHER LENDER (SEE LITTON LOAN ABOVE) | | | | 0 |

Sheet no.**52** of **53** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   0

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Jaime A. Williams and Tyreese L. Williams    ,          Case No. _____
                              Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Courtney Mayes<br><br>Attorney Cosmo Tedone<br>58 North Chicago St #309<br>Joliet, IL 60432 | | J | 05/2012<br><br>Representation for Court Case Re: Courtney Mayes | | | | 2,100.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 53 of 53 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2100.00

Total▶ $ 256,971.41
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Jaime A. and Tyreese L. Williams          ,          Case No._____
                    **Debtor**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Jaime A.and Tyreese L. Williams_____ ,           Case No. _____
        **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re   Jaime A. and Tyreese L. Williams_____ ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son, 3 Daughters | AGE(S): 18,12,10,5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Adult Educator | Unemployed |
| Name of Employer | City of Chicago Colleges | N/A |
| How long employed | 8months | N/A |
| Address of Employer 226 W Jackson Blvd, Chicago, IL 60606 | | N/A |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions | $ 2,200.00 | $ 0.00 |
| (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ 2,200.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 300.00 | $ 0.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 25.00 | $ 0.00 |
|   d. Other (Specify): Child Support | $ 432.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 757.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,445.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm | $ 0.00 | $ 0.00 |
| (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): VA BENEFITS, SNAP BENEFITS | $ 1,512.00 | $ 793.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) NONE | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,512.00 | $ 793.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,957.00 | $ 793.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,750.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    NONE

B6J (Official Form 6J) (12/07)

In re  Jaime A.and Tyreese L. Williams       ,                Case No. _____
             **Debtor**                                                                                   **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,200.00 |
|    a. Are real estate taxes included? | Yes ✔  No _____ | |
|    b. Is property insurance included? | Yes ✔  No _____ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 300.00 |
|       b. Water and sewer | | $ 150.00 |
|       c. Telephone | | $ 50.00 |
|       d. Other  Cable | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 75.00 |
| 4. Food | | $ 793.00 |
| 5. Clothing | | $ 75.00 |
| 6. Laundry and dry cleaning | | $ 40.00 |
| 7. Medical and dental expenses | | $ 15.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 50.00 |
|     b. Life | | $ 0.00 |
|     c. Health | | $ 0.00 |
|     d. Auto | | $ 157.00 |
|     e. Other  N/A | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | $ 0.00 |
| (Specify)  N/A | | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 0.00 |
|     b. Other  N/A | | $ 0.00 |
|     c. Other  N/A | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 432.00 |
| 15. Payments for support of additional dependents not living at your home | | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  Miscellaneous Personal Care Expenses & household supplies | | $ 100.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)                    $ 3,837.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

NONE

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | | $ 3,750.00 |
|    b. Average monthly expenses from Line 18 above | | $ 3,837.00 |
|    c. Monthly net income (a. minus b.) | | $ -87.00 |

Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u>      **DISTRICT OF** <u>ILLINOIS</u>

In re: <u>Jaime A. and Tyreese L. Williams</u> ,      Case No. _____
             Debtor                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                       SOURCE

$14027.54 YTD - Jaime                              Employment Income
$12220.94 YTD - Tyreese                           Employment Income
$0 - 2011 & 2010 - Jaime
$0 - 2011 & 2010 - Tyreese

2

**2.   Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a
joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $25584.0 - 2011 -Tyreese | Unemployment |
| $11362.0 - 2011 - Jaime | Unemployment |
| $28408.0 - 2010 - Tyreese | Unemployment |
| $13099.0 - 2010 - Jaime | Unemployment |

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling
agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ocwen Loan Servicing<br>PO BOX 24781<br>West Palm Beach, FL 33416-4781 | 11/01/2012<br>12/01/2012 | 1028.00<br>1028.00 | 167,853.96 |

None ✓

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that
constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ✓

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cache, LLC vs Tyreese Williams case# 2012-SC-0479 | Debt Collection | Kendall County Circuit Court 807 W ohn St Yorkville, IL 60560 | judgement entered |

None     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ✓    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
✓

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

### 7.   Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8.   Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9.   Payments related to debt counseling or bankruptcy

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ABACUS Credit Counseling 15760 Ventura Boulevard Suite 1240 Encino, CA  91436 | 12/5/2012 | $25 Pre-filing credit counseling course |

5

### 10. Other transfers

None
✓

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
✓

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Meadows Credit Union 3350 W Salt Creek #100 Arlington Heights, Illinois | Checking, 1849, -$900 | -$900, 09/01/2012 |

SEE CONTINUATION FORM

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

### 13.  Setoffs

None
✓

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
✓

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
✓

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
✓
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
✓
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
✓
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
✓
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Mobile Tax USA | #27-1224545 | 2015 RT 34, Oswego, Il 60543 | Tax Preparation | 01/2007-04/2011 |
| BLKice | 3522 | 547 Chestnut Dr, Oswego, IL 60543 | Festival Vendor/Italian Ice | 04/2010-12/2011 |

None ✓   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ✓   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ✓   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Tyreese Williams                        547 Chesnut Dr
Jaime Williams                          Oswego, Illinois 60543

9

None ✓   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None ✓   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

---

None ✓   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None ✓   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

---

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

**22. Former partners, officers, directors and shareholders**

None ✓   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None
✓

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                 DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
✓

If the debtor is a partnership or corporation, list all withdrawals or distributions creditedor given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE      AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL         OR DESCRIPTION
                                                       AND VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

None
✓

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _12·10·12_                     Signature _____
                                    of Debtor

Date _12-10-12_                     Signature _Greene L. Well_
                                    of Joint Debtor
                                    (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                    Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_1_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re <u>Jaime A. and Tyreese L. Williams</u>        Case No. _____
           Debtor                                              (If Known)

## STATEMENT OF FINANCIAL AFFAIRS
{Continuation Sheet}

**11. Closed financial accounts**

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST 4 DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR OR CLOSING |
|---|---|---|
| CITIBANK<br>Oswego Financial Center<br>2450 Route 34<br>Oswego, Illinois 60543 | Checking, 7053, $0<br>Savings, 9480, $0 | 08/06/2012, $0<br>08/06/2012, $0 |
| Chase Bank<br>2310 US Highway 34<br>Oswego, Illinois 60543 | Checking, 7478, $-571.00 | 04/01/2012, $-571.00 |
| Bank of America<br>PO BOX 25118<br>Tampa, FL 33622-5118 | Checking, 4457, $-500.00 | 08/2012, $-500.00 |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re <u>Jaime A. & Tyreese L. Williams</u>,
<br>                                          Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ocwen Loan Servicing | Single Family Home 547 Chestnut Dr Oswego, IL |

Property will be *(check one)*:
<br>        ☐ Surrendered              ☑ Retained

If retaining the property, I intend to *(check at least one)*:
<br>        ☐ Redeem the property
<br>        ☑ Reaffirm the debt
<br>        ☐ Other.  Explain _____ (for example, avoid lien
<br>using 11 U.S.C. § 522(f)).

Property is *(check one)*:
<br>        ☑ Claimed as exempt                    ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| None | |

Property will be *(check one)*:
<br>        ☐ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:
<br>        ☐ Redeem the property
<br>        ☐ Reaffirm the debt
<br>        ☐ Other.  Explain _____ (for example, avoid lien
<br>using 11 U.S.C. § 522(f)).

Property is *(check one)*:
<br>        ☐ Claimed as exempt                    ☐ Not claimed as exempt

Page 2

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br><br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br><br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _12-10-12_

_____
Signature of Debtor

_____
Signature of Joint Debtor

Page 3

B 8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A -** Continuation

| Property No. | |
|---|---|
| **Creditor's Name:**<br>N/A | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ❏ Surrendered        ❏ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ❏ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ❏ Claimed as exempt        ❏ Not claimed as exempt

**PART B -** Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES    ❏ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES    ❏ NO |